IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AT&T INC., *et al.*,<br><br>    Defendants. | Civil Action No. 2:15-cv-00576<br><br>JURY TRIAL DEMANDED |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SPRINT CORPORATION, *et al.*,<br><br>    Defendants. | Civil Action No. 2:15-cv-00579<br><br>JURY TRIAL DEMANDED |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>    Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC., *et al.*,<br><br>    Defendants. | Civil Action No. 2:15-cv-00580<br><br>JURY TRIAL DEMANDED |

**STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE OF
<u>DEFENDANTS ZTE CORPORATION AND ZTE SOLUTIONS, INC.</u>**

Before the Court is the Stipulation of Dismissal Without Prejudice as to Defendants ZTE Corporation and ZTE Solutions, Inc. submitted by Plaintiff Cellular Communications Equipment LLC and Defendants ZTE Corporation, ZTE (USA) Inc., and ZTE Solutions, Inc.

Pursuant to stipulation of the parties, it is hereby ordered that ZTE Corporation and ZTE Solutions, Inc. are dismissed from this action without prejudice.

**SIGNED this 13th day of August, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE