**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS**

**MARSHALL DIVISION**

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § § § | C.A. No. 2:15-cv-00576 |
| | | JURY TRIAL DEMANDED |
| Plaintiff, | § | |
| v. | § § | |
| AT&T INC., et al | § § | |
| Defendants. | § | |

**STIPULATION OF DISMISSAL WITHOUT
PREJUDICE AS TO DEFENDANT AT&T INC.**

Plaintiff Cellular Communications Equipment LLC ("CCE") and Defendants AT&T Inc.

and AT&T Mobility LLC submit the following Stipulation of Dismissal Without Prejudice as to

Defendant AT&T Inc. and in support thereof state:

1.  On April 30, 2015, Plaintiff CCE filed suit against AT&T Inc. ("AT&T Inc."),

    AT&T Mobility LLC ("AT&T Mobility"), and others for infringement of U.S.

    Patent No. 8,457,022, U.S. Patent No. 8,570,957, and U.S. Patent No. 8,867,472.

    On July 22, 2015, Plaintiff CCE filed its First Amended Complaint against AT&T

    Inc., AT&T Mobility, and others for infringement of U.S. Patent No. 8,457,022,

    U.S. Patent No. 8,570,957, U.S. Patent No. 8,867,472, U.S. Patent No. 8,457,676,

    U.S. Patent No. 9,025,590, and U.S. Patent No. 9,078,262.

2.  AT&T Inc. represents and warrants that:

    a.  AT&T Inc. is a holding company that has officers and a board of directors, but

        no employees, sales representatives, or distributors. Furthermore, AT&T Inc.

        does not instruct, direct, or control the activities of its subsidiaries (or any

other entity) relevant to (i) the operation or design of any cellular telephone communications network; or (ii) the operation or design of wireless device features and functionality.

    b.  AT&T Inc. and AT&T Mobility agree that for purposes of discovery in this case, documents and information in the possession, custody or control of AT&T Inc. or any of its subsidiaries are deemed also to be in the possession, custody and control of AT&T Mobility. AT&T Mobility will not object to a request for deposition on the grounds that the prospective deponent is an employee of AT&T Inc. or any of its subsidiaries (though nothing in this stipulation prevents AT&T Mobility from objecting to a deposition on other grounds).

    c.  AT&T Mobility is the proper party to defend against allegations made in this patent infringement lawsuit. Furthermore, AT&T Mobility or any assignee of AT&T Mobility is able to satisfy any judgment against it in this case. AT&T Inc. and AT&T Mobility each warrant and represent that they will not take any action that will cause AT&T Mobility to be unable to fully satisfy any judgment entered in this case.

3.    CCE expressly does not stipulate or agree to any of the foregoing facts, and reserves its right to dispute any of the foregoing factual representations with evidence to the contrary.

4.    In reliance upon the representations and warranties made in paragraphs 2(a) – 2(c) above, CCE agrees to dismiss AT&T Inc. without prejudice as allowed under Rule 41(a)(2) of the Federal Rules of Civil Procedure.

5.    CCE has not released, and nothing in this Stipulation should be construed as a

release or discharge of, any claim CCE has or may have in the future against any defendant named in this action or any other asserted infringer of the patents-in- suit. All other rights have been expressly reserved.

Accordingly, CCE and AT&T Inc. request that the Court enter the attached order dismissing AT&T Inc. without prejudice.

Dated:  August 18, 2015

Respectfully submitted,


/s/ Jeffrey R. Bragalone
Jeffrey R. Bragalone (lead attorney)
Texas Bar No. 02855775
Monte Bond
Texas Bar No. 02585625
Terry A. Saad
Texas Bar No. 24066015
**Bragalone Conroy PC**
2200 Ross Avenue
Suite 4500W
Dallas, TX 75201
Tel: (214) 785-6670
Fax: (214) 785-6680
jbragalone@bcpc-law.com
mbond@bcpc-law.com
tsaad@bcpc-law.com

Edward R. Nelson, III
ed@nelbum.com
Texas Bar No. 00797142
S. Brannon Latimer
brannon@nelbum.com
Texas Bar No. 24060137
Thomas C. Cecil
tom@nelbum.com
Texas Bar No. 24069489
Nelson Bumgardner, P.C.
3131 West 7th Street
Suite 300
Fort Worth, Texas 76107
Phone: (817) 377-9111
Fax: (817) 377-3485

Claire Abernathy Henry
claire@wsfirm.com
Texas Bar No. 24053063
Thomas John Ward, Jr.
jw@wsfirm.com
Texas Bar No. 00794818
**Ward, Smith & Hill, PLLC**
PO Box 1231
1127 Judson Road
Suite 220

/s/ Christopher W. Kennerly
Christopher W. Kennerly
chriskennerly@paulhastings.com
TX Bar No. 00795077
**Paul Hastings LLP**
1117 S. California Ave. Palo Alto, CA 94304-1106
Telephone: (650) 320-1800
Facsimile: (650) 320-1900


**COUNSEL FOR DEFENDANTS AT&T INC.
AND AT&T MOBILITY LLC**

Longview, Texas 75606
Phone: (903) 757-6400
Fax: (903) 757-2323

**ATTORNEYS FOR PLAINTIFF**
**CELLULAR COMMUNICATIONS**
**EQUIPMENT LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on this 18th day of August, 2015.  As of this date all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).


/s/ Christopher W. Kennerly
Christopher W. Kennerly