**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AT&T INC. et al.,<br><br>    Defendants. | Civil Action No. 2:15-cv-576<br><br>JURY TRIAL DEMANDED |

## APPLE INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Apple Inc. ("Apple") states that it does not have a corporate parent, and Apple knows of no entity that owns more than 10% of Apple's issued and outstanding common stock.

DATED:  September 16, 2015               Respectfully submitted,

                                By:  /s/ Mark C. Scarsi
                                     Mark C. Scarsi (*admitted Pro Hac Vice*)
                                     MILBANK, TWEED, HADLEY & MCCLOY LLP
                                     601 South Figueroa Street, 30th Floor
                                     Los Angeles, California 90017-5735
                                     Telephone: (213) 892-4000
                                     Facsimile: (213) 629-5063
                                     mscarsi@mibank.com

                                     Eric H. Findlay (Bar No. 00789886)
                                     efindlay@findlaycraft.com
                                     FINDLAY CRAFT PC
                                     102 N. College Avenue, Suite 900
                                     Tyler, TX 75702
                                     Telephone:  (903) 534-1100
                                     Facsimile: (903) 534-1137

                                     **ATTORNEYS FOR DEFENDANT APPLE INC.**

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2015, I electronically filed the foregoing **CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ Mark C. Scarsi
Mark C. Scarsi