IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § § § | C.A. No. 2:15-cv-00576 |
| Plaintiff, | § | |
| v. | § § | |
| AT&T INC., et al | § § | |
| Defendants. | § | |

## STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE OF AT&T INC.

Before the Court is the Stipulation of Dismissal Without Prejudice as to Defendant AT&T Inc. submitted by Plaintiff Cellular Communications Equipment LLC and Defendants AT&T Inc. and AT&T Mobility LLC.

Pursuant to stipulation of the parties, it is hereby ordered that AT&T Inc. is dismissed from this action without prejudice.

**SIGNED this 23rd day of November, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE