**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>        Plaintiff,<br><br>v.<br><br>AT&T INC., ET AL.,<br><br>        Defendants. | Civil Action No. 2:15-cv-00576 [RWS/RSP]<br><br>LEAD CASE |

**NOTICE OF COMPLIANCE REGARDING SAMSUNG'S RULE 26(A)(1) INITIAL**
**DISCLOSURES AND ADDITIONAL DISCLOSURES**

Pursuant to the Court's April 4, 2016 Docket Control Order, Defendants Samsung

Electronics Co., Ltd. and Samsung Electronics America, Inc. hereby notify the Court that they

produced their initial and additional disclosures upon all counsel of record via electronic mail on

April 19, 2016.

Dated: April 19, 2016                    Respectfully submitted,


                                         By:   */s/ Michael E. Jones*

                                             Kevin Johnson
                                             kevinjohnson@quinnemanuel.com
                                             Victoria Maroulis
                                             victoriamaroulis@quinnemanuel.com
                                             Ray Zado
                                             rayzado@quinnemanuel.com
                                             **QUINN EMANUEL URQUHART &**
                                             **SULLIVAN LLP**
                                             555 Twin Dolphin Dr., 5th Floor
                                             Redwood Shores, CA 94065
                                             Tel: 650-801-5000
                                             Fax: 650-801-5100

Marissa Ducca
marissaducca@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN LLP**
777 6th Street NW, 11th Floor
Washington, D.C. 20009
Tel:202-538-8109
Fax: 202-538-8100

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
**POTTER MINTON**
A Professional Corporation
110 N. College, Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**ATTORNEY FOR DEFENDANT,
SAMSUNG ELECTRONICS CO., LTD.
AND SAMSUNG ELECTRONICS
AMERICA, INC.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 19, 2016.

*/s/ Michael E. Jones*