**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>Plaintiff,<br>v.<br><br>AT&T INC., *et al*.,<br><br>Defendants. | Civil Action No. 2:15-cv-00576<br><br><br><br>**CONSOLIDATED LEAD CASE** |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>Plaintiff,<br>v.<br><br>SPRINT CORPORATION, *et al*.,<br><br>Defendants. | Civil Action No. 2:15-cv-00579 |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>Plaintiff,<br>v.<br><br>T-MOBILE USA, INC., *et al*.,<br><br>Defendants. | Civil Action No. 2:15-cv-00580 |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>Plaintiff,<br>v.<br><br>VERIZON COMMUNICATIONS, INC., *et al*.,<br><br>Defendants. | Civil Action No. 2:15-cv-00581 |

## ORDER GRANTING JOINT MOTION TO STAY AS TO SAMSUNG

Before the Court is Plaintiff Cellular Communications Equipment LLC's ("CCE") and Defendants Samsung Electronics, Co. Ltd and Samsung Electronics America, Inc.'s (together, "Samsung") Notice of Settlement and Joint Motion to Stay as to Samsung in the above-captioned cases.

Upon consideration of the Joint Motion, the Court finds that the request for a stay therein should be GRANTED.  It is therefore ORDERED that the case deadlines in the above-captioned matters are stayed until June 2, 2016 as to Samsung, in which time the CCE and Samsung shall finalize their settlement and file dismissal papers with the Court.

It is further ORDERED that if the moving parties have not filed a joint motion to dismiss by June 2, 2016 the moving parties shall appear for a hearing before the Court June 3, 2016 at 9:00 a.m.

**SIGNED this 19th day of April, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE