**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § § | |
|---|---|---|
| Plaintiff | § § | Civil Action No. 2:15-cv-0576-RWS-RSP |
| v. | § § | CONSOLIDATED LEAD CASE |
| AT&T, INC., et al., | § § | |
| Defendants. | § § | |

# ORDER

The Court, having considered the Parties' Joint Motion to Amend Docket Control Order, GRANTS the Motion as follows:

| Deadline | Event |
|---|---|
| April 17, 2017 | *Jury Selection – 9:00 a.m. in **Marshall, Texas**<br>before Judge Robert Schroeder |
| March 28, 2017 | *Pretrial Conference – 1:30 p.m in **Marshall, Texas**<br>before Judge Roy Payne |
| March 15, 2017 | *Notify Court of Agreements Reached During Meet and Confer<br><br>The parties are ordered to meet and confer on any outstanding objections or motions *in limine*. The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. |
| March 13, 2017 | *File Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, and Responses to Motions *in Limine* |
| March 6, 2017 | *File Notice of Request for Daily Transcript or Real Time Reporting.<br><br>If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making |

| | |
|---|---|
| | said request shall file a notice with the Court and e-mail the Court Reporter, Shelly Holmes, at shelly_holmes@txed.uscourts.gov. |
| February 27, 2017 | File Motions *in Limine*<br><br>The parties shall limit their motions *in limine* to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. |
| February 27, 2017 | Serve Objections to Rebuttal Pretrial Disclosures |
| February 20, 2017 | Deadline to Complete Mediation<br><br>The parties are responsible for ensuring that a mediation report is filed no later than 5 days after the conclusion of mediation. *See* L.R. App. H. |
| February 13, 2017 | Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures |
| February 6, 2017 | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof |
| January 30, 2017 | *File Dispositive Motions or Motions to Strike Expert Testimony (including *Daubert* Motions)<br><br>No dispositive motion or motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. |
| January 23, 2017 | Deadline to Complete Expert Discovery |
| January 13, 2017 | Serve Disclosures for Rebuttal Expert Witnesses |
| December 14, 2016 | *Deadline to File Letter Briefs Regarding Dispositive Motions |
| December 7, 2016 | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |
| November 28, 2016 | Deadline to Complete Fact Discovery and File Motions to Compel Discovery |
| November 21, 2016 | Comply with P.R. 3-7 (Opinion of Counsel Defenses) |
| October 31, 2016 | *Claim Construction Hearing – 1:30 p.m. in **Marshall, Texas** before Judge Roy Payne |

| October 17, 2016 | *Comply with P.R. 4-5(d) (Joint Claim Construction Chart) |
| --- | --- |
| October 17, 2016 | Deadline for Defendants to file Sur-Reply Claim Construction Brief (*limited to indefiniteness issues*) |
| October 10, 2016 | *Comply with P.R. 4-5(c) (Reply Claim Construction Brief) (*including any expert declaration regarding indefiniteness*) |
| October 3, 2016 | Comply with P.R. 4-5(b) (Responsive Claim Construction Brief) (*including any indefiniteness issues and any expert declaration*) |
| September 19, 2016 | Comply with P.R. 4-5(a) (Opening Claim Construction Brief) (*including any expert declaration regarding claim construction issues other than indefiniteness*) and Submit Technical Tutorials (if any) |
| September 19, 2016 | Deadline to Substantially Complete Document Production and Exchange Privilege Logs<br><br>Counsel are expected to make good faith efforts to produce all required documents as soon as they are available and not wait until the substantial completion deadline. |
| September 5, 2016 | Comply with P.R. 4-4 (Deadline to Complete Claim Construction Discovery) (*excluding depositions of experts*) |
| August 29, 2016 | File Response to Amended Pleadings |
| August 15, 2016 | *File Amended Pleadings<br><br>It is not necessary to seek leave of Court to amend pleadings prior to this deadline unless the amendment seeks to assert additional patents. |
| August 8, 2016 | Comply with P.R. 4-3 (Joint Claim Construction Statement) (*including identification of experts*) |
| July 18, 2016 | Comply with P.R. 4-2 (Exchange Preliminary Claim Constructions) |

**SIGNED this 22nd day of July, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE