# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, § § § | |
| Plaintiff § § | Civil Action No. 2:15-cv-0576-RWS-RSP |
| v. § § | CONSOLIDATED LEAD CASE |
| AT&T, INC., et al., § § | |
| Defendants. § § | |

## PLAINTIFF'S NOTICE OF SUBMISSION OF TECHNICAL TUTORIAL

Pursuant to the Docket Control Order entered in this case, [D.I. 156], Plaintiff Cellular Communications Equipment LLC ("CCE") hereby notifies the Court and all parties of record that Plaintiff submitted today via overnight FedEx delivery a technology tutorial. A copy of the tutorial has been served by electronical delivery on all parties.

Dated: September 26, 2016                                        Respectfully submitted,

| | |
|---|---|
| */s/ Jon Rastegar* <br> Jeffrey R. Bragalone (lead attorney) <br> Texas Bar No. 02855775 <br> Monte M. Bond <br> Texas Bar No. 02585625 <br> Terry A. Saad <br> Texas Bar No. 24066015 <br> Jonathan H. Rastegar <br> Texas Bar No. 24064043 <br> BRAGALONE CONROY PC <br> 2200 Ross Avenue <br> Suite 4500W <br> Dallas, TX 75201 <br> Tel: (214) 785-6670 <br> Fax: (214) 785-6680 | T. John Ward, Jr. <br> State Bar No. 00794818 <br> Claire Abernathy Henry <br> State Bar No. 24053063 <br> Wesley Hill <br> State Bar No. 24032294 <br> WARD, SMITH & HILL, PLLC <br> P.O. Box 1231 <br> Longview, Texas 75606-1231 <br> (903) 757-6400 (telephone) <br> (903) 757-2323 (facsimile) |

| | |
|---|---|
| jbragalone@bcpc-law.com<br>mbond@bcpc-law.com<br>tsaad@bcpc-law.com<br>jrastegar@bcpc-law.com<br><br>Edward R. Nelson, III<br>ed@nelbum.com<br>Texas Bar No. 00797142<br>Thomas C. Cecil<br>tom@nelbum.com<br>Texas Bar No. 24069489<br>NELSON BUMGARDNER, P.C.<br>3131 West 7th Street, Suite 300<br>Fort Worth, Texas 76107<br>Phone: (817) 377-9111<br>Fax: (817) 377-3485 | E-mail: jw@wsfirm.com<br>            claire@wsfirm.com<br>            wh@wsfirm.com<br><br>Attorneys for Plaintiff<br>**CELLULAR COMMUNICATIONS EQUIPMENT LLC** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on this 26th day of September, 2016.  As of this date all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

                                             */s/ Jon Rastegar*