## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, § § § § Plaintiff, § v. § § AT&T INC. § | Civil Action No. 2:15-cv-576-RWS-RSP LEAD CONSOLIDATED CASE |

**DEFENDANT CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS' NOTICE OF COMPLIANCE REGARDING TECHNOLOGY TUTORIAL**

Pursuant to the Court's First Amended Docket Control Order [Dkt. 201] and the Court's September 21, 2016 Order granting an extension of deadline [Dkt. 254], Defendant Cellco Partnership d/b/a Verizon Wireless hereby notifies the Court that on September 26, 2016, Defendants served their Joint Technology Tutorial on the Court via courier service. A copy was sent to Plaintiff's counsel of record via electronic mail.

DATED: September 27, 2016

Respectfully submitted,

By:  */s/ Michael E. Jones*
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Patrick C. Clutter, IV
State Bar No. 24036374
patrickclutter@potterminton.com
Potter Minton, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

Thomas M. Dunham
D.C. Bar No. 448407
tdunham@winston.com
WINSTON & STRAWN LLP
1700 K Street, N.W.

Washington, D.C. 20006-3817
Tel: (202) 282-5000
Fax: (202) 282-5100

Sarah J. Kalemeris
Illinois State Bar No. 6303644
skalemeris@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700

**ATTORNEYS FOR DEFENDANT
CELLCO PARTNERSHIP D/B/A VERIZON
WIRELESS**

**<u>CERTIFICATE OF SERVICE</u>**

   The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 27, 2016.

                              */s/ Michael E. Jones*