**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § § § § § § § § | C.A. No. 2:15-cv-00576 <br> LEAD CONSOLIDATED CASE <br><br> **JURY TRIAL DEMANDED** |
| Plaintiff, | | |
| v. | | |
| AT&T INC., et al. | | |
| Defendants. | | |

**DEFENDANTS ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON'S
NOTICE OF COMPLIANCE REGARDING TECHNOLOGY TUTORIAL**

Pursuant to the Court's April 4, 2016 Docket Control Order (Dkt. No. 156) and September 21, 2016 amendment thereto (Dkt. No. 254), Defendants Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively, "Ericsson") hereby notifies the Court that on September 26, 2016, Defendants served their Joint Technology Tutorial on the Court via courier service. A copy was sent to Plaintiff's counsel of record via FTP.

DATED: September 27, 2016

Respectfully submitted,

/s/ *Jacob K. Baron*
Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
McKOOL SMITH, P.C.
104 East Houston, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Fax: (903) 923-9099

Joshua C. Krumholz

    (pro hac vice)
Email: joshua.krumholz@hklaw.com
Jacob K. Baron
Email: jacob.baron@hklaw.com
Jacob W. S. Schneider
(pro hac vice)
Email: jacob.schneider@hklaw.com
Allison M. Lucier
(pro hac vice)
Email: allison.lucier@hklaw.com
HOLLAND & KNIGHT LLP
10 Saint James Avenue; 11th Floor
Boston, MA 02116
Telephone: (617)523-2700
Facsimile: (617)523-6850

*Counsel for Ericsson Inc. and
Telefonaktiebolaget LM Ericsson*

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 27th day of September, 2016, with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

    /s/ Jacob K. Baron
    Jacob K. Baron