**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § | C.A. No. 2:15-cv-00576 |
| | § | LEAD CONSOLIDATED CASE |
| Plaintiff, | § | |
| | § | **JURY TRIAL DEMANDED** |
| v. | § | |
| | § | |
| AT&T INC., et al. | § | **ORAL ARGUMENT REQUESTED** |
| | § | |
| Defendants. | § | |

**NOTICE OF RIPENESS AND REQUEST FOR HEARING REGARDING APPLE INC.'S MOTION FOR LEAVE TO AMEND ITS ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

Defendant Apple Inc. ("Apple") respectfully submits this Notice of Ripeness and Request for Hearing Regarding Apple's Motion to Amend Its Answer to Plaintiff's Third Amended Complaint ("Notice of Ripeness"). Apple filed its motion to amend to add a counterclaim for breach of contract on November 8, 2016 (ECF No. 297) ("Motion to Amend"). Briefing was complete with the filing of Plaintiff's Sur-reply on December 16, 2016 (ECF No. 338). All parties and the Court would benefit from clarity regarding whether leave to amend will be granted. To the extent the Court believes it would be helpful, Apple renews its request for an oral hearing on this motion.

Dated: January 23, 2017								Respectfully submitted,

									By: */s/ David M. Prichard*
									David M. Prichard
									Texas Bar No. 16317900
									dprichard@phy-law.com
									**PRICHARD, HAWKINS & YOUNG, L.L.P.**
									10101 Reunion Place, Suite 600
									San Antonio, Texas 78216
									(210) 477-7400 – Telephone
									(210) 477-7450 – Facsimile

									Melissa R. Smith (Bar No. 24001351)
									**GILLAM & SMITH LLP**
									303 S. Washington Avenue
									Marshall, TX 75670
									Telephone: (903) 934-8450
									Facsimile: (903) 934-9257
									Melissa@gillamsmitlaw.com

									John Allcock (*pro hac vice*)
									Sean C. Cunningham (*pro hac vice*)
									Richard T. Mulloy (*pro hac vice*)
									**DLA Piper LLP (US)**
									401 B Street, Suite 1700
									San Diego, CA. 92101
									Telephone: 619-699-2700
									Fax: 619-699-2701

									**ATTORNEYS FOR DEFENDANT APPLE INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of January, 2017, a true and correct copy of this document was served on all parties of record via the Court's Electronic Filing System.

*/s/ Melissa R. Smith*