# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | Civil Action No. 2:15-cv-00576 |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| AT&T INC., *et al*., | **CONSOLIDATED LEAD CASE** |
| Defendants. | |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | Civil Action No. 2:15-cv-00579 |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| SPRINT CORPORATION, *et al*., | |
| Defendants. | |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | Civil Action No. 2:15-cv-00580 |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| T-MOBILE USA, INC., *et al*., | |
| Defendants. | |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | Civil Action No. 2:15-cv-00581 |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| VERIZON COMMUNICATIONS, INC., *et al*., | |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Cellular Communications Equipment LLC ("CCE") and Defendant Alcatel-Lucent USA, Inc. ("ALU") hereby state that the parties have reached an agreement settling the matters in controversy between them in Civil Action Nos. 2:15-cv-00576, 2:15-cv-00579, 2:15-cv-00580, and 2:15-cv-00581.  Accordingly, CCE and ALU stipulate to the dismissal of all of CCE's claims against ALU and all of ALU's claims against CCE in Civil Action Nos. 2:15-cv-00576, 2:15-cv-00579, 2:15-cv-00580, and 2:15-cv-00581 WITH PREJUDICE.

In view of this, CCE also seeks to dismiss CCE's claims against ALU's co-Defendants, namely AT&T Mobility LLC, Cellco Partnership d/b/a Verizon Wireless, Sprint Solutions, Inc., Sprint Spectrum L.P., Boost Mobile, LLC, T-Mobile USA, Inc., and T-Mobile US, Inc., in Civil Action Nos. 2:15-cv-00576, 2:15-cv-00579, 2:15-cv-00580, and 2:15-cv-00581 WITH PREJUDICE solely to the extent those claims for relief asserted therein involve the manufacture, use, offer for sale, sale, and/or importation of products manufactured by or for ALU that are the subject of the Settlement and Patent License Agreement between CCE and ALU.  The ALU co-Defendants do not oppose.

CCE and ALU ask that the Court enter the attendant proposed Order of Dismissal, with each party to this Joint Stipulation of Dismissal to bear its own costs, expenses and attorneys' fees as may exist between them.

**Dated:  January 31, 2017**

Respectfully submitted,

*/s/ Ed Nelson III*
Ed Nelson III
ed@nelbum.com
Texas State Bar No. 00797142
Ryan P. Griffin
ryan@nelbum.com

Respectfully submitted,

*/s/ David A. Nelson*
David A. Nelson
Quinn Emanuel Urquhart & Sullivan LLP
500 West Madison Street, Suite 2450
Chicago, IL 60661
Tel: (312) 705-7400

Texas State Bar No. 24053687
Thomas C. Cecil
tom@nelbum.com
Texas State Bar No. 24069489
NELSON BUMGARDNER PC
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Phone: (817) 377-9111
Fax: (817) 377-3485

Jeffrey R. Bragalone
Texas Bar No. 02855775
Terry A. Saad
Texas Bar No. 24066015
BRAGALONE CONROY PC
2200 Ross Avenue Suite 4500W
Dallas, TX 75201
Tel: (214) 785-6670
Fax: (214) 785-6680
jbragalone@bcpc-law.com
tsaad@bcpc-law.com

Bradley W. Caldwell
Texas Bar No. 24040630
bcaldwell@caldwellcc.com
John Austin Curry
Texas Bar No. 24059636
acurry@caldwellcc.com
Caldwell Cassady & Curry
2101 Cedar Springs Road, Suite 1000
Dallas, TX 75201
Phone: (214) 888-4848
Fax: (214) 888-4849

T. John Ward, Jr.
Texas State Bar No. 00794818
J. Wesley Hill
Texas State Bar No. 24032294
Claire Abernathy Henry
Texas State Bar No. 24053063
Ward & Smith Law Firm
P.O. Box 1231
1127 Judson Rd. Ste. 220
Longview, Texas 75606-1231
(903) 757-6400
(903) 757-2323 (fax)

Michael E. Jones
State Bar No. 10929400
POTTER MINTON, P.C.
110 N. College Avenue
Suite 500
Tyler, Texas 75702
Tele: (903) 597-8311
Fax: (903) 593-0846
mikejones@potterminton.com

**ATTORNEYS FOR
ALCATEL-LUCENT USA, INC.**

jw@jwfirm.com
wh@wsfirm.com
claire@wsfirm.com

**ATTORNEYS FOR CELLULAR COMMUNICATIONS EQUIPMENT LLC**

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), I certify that the parties have met and conferred and that this Stipulation is unopposed.

*/s/ Ed Nelson III*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of January, 2017, I electronically filed the foregoing document with the clerk of the Court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the Court's electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Ed Nelson III*