# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, <br>         Plaintiff, <br><br> v. <br><br> AT&T INC., ET AL., <br>         Defendants. | C.A. No. 2:15-cv-00576 <br><br> JURY TRIAL DEMANDED |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, <br>         Plaintiff, <br><br> v. <br><br> SPRINT SOLUTIONS, INC., ET AL., <br>        Defendants. | C.A. No. 2:15-cv-00579 <br><br> JURY TRIAL DEMANDED |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, <br>         Plaintiff, <br><br> v. <br><br> T-MOBILE USA, INC., ET AL., <br>        Defendants. | C.A. No. 2:15-cv-00580 <br><br> JURY TRIAL DEMANDED |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, <br>         Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, ET AL., <br>        Defendants. | C.A. No. 2:15-cv-00581 <br><br> JURY TRIAL DEMANDED |

## JOINT MOTION TO SEVER AND STAY CLAIMS AGAINST THE CARRIER DEFENDANTS

Plaintiff Cellular Communications Equipment LLC ("CCE") and Defendants AT&T Mobility LLC, Cellco Partnership d/b/a Verizon Wireless, Sprint Solutions, Inc., Sprint Spectrum

L.P., Boost Mobile, LLC, T-Mobile USA, Inc., and T-Mobile US, Inc. (collectively, the "Carrier Defendants") move jointly to sever and stay CCE's claims against the Carrier Defendants in Civil Action Nos. 2:15-cv-00576, 2:15-cv-00579, 2:15-cv-00580 and 2:15-cv-00581 so that CCE can proceed on its claims against the lone remaining Manufacturer Defendant, Apple Inc.

The Carrier Defendants previously filed an opposed Motion to Sever and Stay on December 9, 2016, asserting that (1) CCE's claims against the Carrier Defendants were peripheral to CCE's claims against the Manufacturer Defendants and (2) adjudication of the claims against the Manufacturer Defendants would dispose of the claims against the Carrier Defendants. Dkt. No. 333. At the time that motion was filed, the case had five Manufacturer Defendants: Base Station Defendants Ericsson and ALU and Handset Defendants Apple, HTC, and ZTE. Since that time, CCE has resolved its claims against both Base Station Defendants, and they have been dismissed with prejudice (including a dismissal with prejudice of CCE's claims against the Carrier Defendants with respect to base station equipment). Dkt. Nos. 354, 370. Further, CCE's claims against two of the three Handset Defendants, HTC and ZTE, have been dismissed from this consolidated case. Dkt. No. 379. Accordingly, the sole remaining Manufacturer Defendant in this case is Apple.

The posture of this case is now similar to that which existed in CCE Wave 1 when Judge Mitchell severed and stayed claims against the Carrier Defendants while CCE's claims against Apple proceeded. *Cellular Commc'ns Equip. LLC v. Apple Inc.*, Case No. 6:14-cv-251, Dkt. No. 245 (E.D. Tex. August 26, 2016) ("CCE Wave 1 Order"). For this reason, CCE and the Carrier Defendants agree that CCE's claims against the Carrier Defendants should be severed and stayed under the same rationale and terms of Judge Mitchell's CCE Wave 1 Order. *See*, *generally*, CCE Wave 1 Order at 4-7.

1

Given the current posture of this case, and as Judge Mitchell found in CCE Wave 1, "adjudication of the severed claims in this case against Apple would very likely dispose of the remaining claims against the Carriers." CCE Wave 1 Order at 5. Indeed, as Judge Mitchell noted in CCE Wave 1, "[T]he Federal Circuit has clarified that 'the manufacturer's case need only have the potential to resolve the "major issues" concerning the claims against the customer—not every issue—in order to justify a stay of the customer suits.'" CCE Wave 1 Order at 6 (quoting *Spread Spectrum Screening LLC v. Eastman Kodak Co.*, 657 F.3d 1349, 1358 (Fed. Cir. 2011)). Such is the case here. Moreover, just as in CCE Wave 1, to the extent that CCE proceeds to trial against Apple in this case after the Carrier Defendants are severed and stayed, the Carrier Defendants " have agreed to be bound by the invalidity and infringement rulings in this case as to Apple." CCE Wave 1 Order at 6.

Accordingly, the parties to this Joint Motion submit that good cause exists for severing and staying CCE's claims against the Carrier Defendants. Doing so will allow the parties to resolve CCE's claims in the most efficient way possible and will also render moot the Carrier Defendants' prior Motion to Sever and Stay. Dkt. No. 333. A Proposed Order is submitted with this Joint Motion for the Court's consideration and entry.

For the avoidance of doubt this Joint Motion does not affect claims and defenses related to Verizon's Ellipsis family of products, namely Ellipsis 10, Ellipsis Kids, and Ellipsis 8, that were recently severed from Civil Action Nos. 2:15-cv-00576, 2:15-cv-00579, 2:15-cv-00580, and 2:15-cv-00581 and consolidated for all pre-trial purposes with the recently-filed Civil Action Nos. 2:17-cv-00078 and 2:17-cv-00079, pursuant to the Court's Order of March 7, 2016. Dkt. No. 386.

**Dated: March 10, 2017**                                    **Respectfully submitted,**

| | |
|---|---|
| */s/ Ed Nelson III*<br>Ed Nelson III<br>ed@nelbum.com<br>Texas State Bar No. 00797142<br>Ryan P. Griffin<br>ryan@nelbum.com<br>Texas State Bar No. 24053687<br>Thomas C. Cecil<br>tom@nelbum.com<br>Texas State Bar No. 24069489<br>NELSON BUMGARDNER PC<br>3131 West 7th Street, Suite 300<br>Fort Worth, Texas 76107<br>Phone: (817) 377-9111<br>Fax: (817) 377-3485<br><br>T. John Ward, Jr.<br>Texas State Bar No. 00794818<br>J. Wesley Hill<br>Texas State Bar No. 24032294<br>Claire Abernathy Henry<br>Texas State Bar No. 24053063<br>WARD & SMITH LAW FIRM<br>P.O. Box 1231<br>1127 Judson Rd. Ste. 220<br>Longview, Texas 75606-1231<br>(903) 757-6400<br>(903) 757-2323 (fax)<br>jw@jwfirm.com<br>wh@wsfirm.com<br>claire@wsfirm.com<br><br>**ATTORNEYS FOR CELLULAR COMMUNICATIONS EQUIPMENT LLC** | */s/ Christopher W. Kennerly*<br>Christopher W. Kennerly<br>TX Bar No. 00795077<br>chriskennerly@paulhastings.com<br>Jonas P. Herrell<br>CA Bar No. 279075<br>jonasherrell@paulhastings.com<br>PAUL HASTINGS LLP<br>1117 S. California Ave.<br>Palo Alto, CA 94304-1106<br>Telephone: (650) 320-1800<br>Facsimile: (650) 320-1900<br><br>Jeffrey D. Comeau<br>CA Bar No. 259679<br>jeffreycomeau@paulhastings.com<br>PAUL HASTINGS LLP<br>4747 Executive Drive<br>Twelfth Floor<br>San Diego, CA 92121-3114<br>Telephone: (858) 458-3000<br>Facsimile: (858) 458-3005<br><br>Trey Yarbrough<br>TX Bar No. 22133500<br>trey@yw-lawfirm.com<br>YARBROUGH WILCOX, PLLC<br>100 E. Ferguson St., Suite 1015<br>Tyler, Texas 75702<br>Telephone (903) 595-3111<br>Facsimile (903) 595-019<br><br>**ATTORNEYS FOR AT&T MOBILITY LLC** |
| */s/ Douglas J. Dixon*<br>John C. Hueston (Pro Hac Vice)<br>Douglas J. Dixon (Pro Hac Vice)<br>HUESTON HENNIGAN LLP<br>620 Newport Center Dr., Suite 1300<br>Newport Beach, CA 92660 | */s/ Rachelle H. Thompson*<br>Robert W. Weber<br>Texas State Bar No. 21044800<br>SMITH WEBER, L.L.P.<br>5505 Plaza Drive<br>P.O. Box 6167 |

3

| | |
|---|---|
| Telephone: (949) 226-6741<br>DDixon@hueston.com<br>JHueston@hueston.com<br><br>Alexander C.D. Giza (Admitted E.D. Tex.)<br>HUESTON HENNIGAN LLP<br>523 West 6th Street, Suite 400<br>Los Angeles, CA 90014<br>Telephone: (213) 788-4340<br>agiza@hueston.com<br><br>Melissa R. Smith<br>State Bar No. 24001351<br>GILLAM & SMITH, LLP<br>303 S. Washington Ave.<br>Marshall, TX 75670<br>Telephone: (903) 934-8450<br>Facsimile: (903) 934-9257<br>melissa@gillamsmithlaw.com<br><br>**ATTORNEYS FOR T-MOBILE USA, INC. AND T-MOBILE US, INC.** | Texarkana, TX 75505-6167<br>Tele: (903) 223-5656<br>Fax: (903) 223-5652<br>Email: bweber@smithweber.com<br><br>Rachelle H. Thompson (pro hac vice)<br>MCGUIREWOODS LLP<br>434 Fayetteville Street<br>Suite 2600<br>Raleigh, NC 27611<br>(919) 755-6600<br>rthompson@mcguirewoods.com<br><br>Meghan M. Rachford (pro hac vice)<br>MCGUIRE WOODS LLP<br>1230 Peachtree Street, Suite 2100<br>Atlanta, GA 30309<br>(404) 443-5500<br>mrachford@mcguirewoods.com<br><br>George B. Davis (pro hac vice)<br>MCGUIREWOODS LLP<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, VA 23219-1129<br>(804) 775-1000<br>gdavis@mcguirewoods.com<br><br>**ATTORNEYS FOR SPRINT SOLUTIONS, INC., SPRINT SPECTRUM L.P., AND BOOST MOBILE, LLC** |
| */s/ Thomas M. Dunham*<br>Michael E. Jones<br>State Bar No. 10929400<br>mikejones@potterminton.com<br>Patrick C. Clutter, IV<br>State Bar No. 24036374<br>patrickclutter@potterminton.com<br>Potter Minton, P.C.<br>110 N. College Ave., Suite 500<br>Tyler, Texas 75702<br>Tel: (903) 597-8311<br>Fax: (903) 593-0846 | |

| | |
|---|---|
| Thomas M. Dunham<br>D.C. Bar No. 448407<br>tdunham@winston.com<br>WINSTON & STRAWN LLP<br>1700 K Street, N.W.<br>Washington, D.C. 20006-3817<br>Tel: (202) 282-5000<br>Fax: (202) 282-5100<br><br>**ATTORNEYS FOR DEFENDANT**<br>**CELLCO PARTNERSHIP D/B/A VERIZON**<br>**WIRELESS** | |

## **CERTIFICATE OF CONFERENCE**

In accordance with Local Rule CV-7(h), the undersigned certifies that CCE and the Carrier Defendants are in agreement as to the relief sought and, therefore, jointly bring this motion. The undersigned also certifies that Defendant Apple is unopposed.

*/s/ Ed Nelson III*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was served on all parties of record on March 10, 2017 via the Court's CM/ECF system.

*/s/ Ed Nelson III*