# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,**<br>            Plaintiff,<br><br>v.<br><br>**AT&T INC., ET AL.,**<br>            Defendants. | **C.A. No. 2:15-cv-00576**<br><br>**JURY TRIAL DEMANDED** |
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,**<br>            Plaintiff,<br><br>v.<br><br>**SPRINT SOLUTIONS, INC., ET AL.,**<br>            Defendants. | **C.A. No. 2:15-cv-00579**<br><br>**JURY TRIAL DEMANDED** |
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,**<br>            Plaintiff,<br><br>v.<br><br>**T-MOBILE USA, INC., ET AL.,**<br>            Defendants. | **C.A. No. 2:15-cv-00580**<br><br>**JURY TRIAL DEMANDED** |
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,**<br>            Plaintiff,<br><br>v.<br><br>**CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, ET AL.,**<br>            Defendants. | **C.A. No. 2:15-cv-00581**<br><br>**JURY TRIAL DEMANDED** |

### ORDER GRANTING JOINT MOTION TO SEVER AND STAY
### CLAIMS AGAINST THE CARRIER DEFENDANTS

Before the Court is Plaintiff Cellular Communications Equipment LLC ("CCE") and

Defendants AT&T Mobility LLC, Cellco Partnership d/b/a Verizon Wireless, Sprint Solutions,

Inc., Sprint Spectrum L.P., Boost Mobile, LLC, T-Mobile USA, Inc., and T-Mobile US, Inc. (collectively, the "Carrier Defendants") Joint Motion to Sever and Stay Claims Against the Carrier Defendants in Civil Action Nos. 2:15-cv-00576, 2:15-cv-00579, 2:15-cv-00580 and 2:15-cv-00581.  Having considered the Motion, the Court finds that it should be, in all respects, GRANTED.

IT IS THEREFORE ORDERED that CCE's claims against AT&T Mobility LLC in Civil Action No. 2:15-cv-00576 are severed and stayed.

IT IS FURTHER ORDERED that CCE's claims against Sprint Solutions, Inc., Sprint Spectrum L.P., Boost Mobile, LLC in Civil Action No. 2:15-cv-00579 are severed and stayed.

IT IS FURTHER ORDERED that CCE's claims against T-Mobile USA, Inc., and T-Mobile US, Inc. in Civil Action No. 2:15-cv-00580 are severed and stayed.

IT IS FURTHER ORDERED that CCE's claims against Cellco Partnership d/b/a Verizon Wireless in Civil Action No. 2:15-cv-00581 are severed and stayed.  For the avoidance of doubt, however, this Order does not affect claims and defenses related to Verizon's Ellipsis family of products, namely Ellipsis 10, Ellipsis Kids, and Ellipsis 8, that were previously severed from Civil Action Nos. 2:15-cv-00576, 2:15-cv-00579, 2:15-cv-00580, and 2:15-cv-00581 and consolidated for all pre-trial purposes with the recently-filed Civil Action Nos. 2:17-cv-00078 and 2:17-cv-00079, pursuant to the Court's Order of March 7, 2016.  Dkt. No. 386.

**SIGNED this 12th day of March, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE