IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>     Plaintiff,<br>v.<br><br>AT&T, INC., et al.,<br><br>     Defendants. | Case No. 2:15-cv-00576-RWS-RSP<br>CONSOLIDATED LEAD CASE<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING JOINT MOTION TO STAY ALL CLAIMS AND ISSUES PERTAINING TO U.S. PATENT NOS. 8,457,676 AND 8,867,472 PENDING INTER PARTES REVIEW**

  Before this Court is the parties' Joint Motion to Stay All Claims and Issues Pertaining to U.S. Patent Nos. 8,457,676 and 8,867,472 Pending Inter Partes Review. After considering the parties' motion and having found good cause for the reasons stated therein, it is hereby ORDERED that all claims and issues pertaining to U.S. Patent No. 8,457,676 (the "'676 patent") are stayed at least until a decision related to the pending *inter partes* review (*Apple Inc. v. Cellular Communications Equipment LLC*, No. IPR2016-01493) of the '676 patent is issued by the Patent Trial and Appeal Board ("PTAB"). It is further ORDERED that all claims and issues pertaining to U.S. Patent No. 8,867,472 (the "'472 patent") are stayed at least until a decision related to the pending *inter partes* review (*Apple Inc. v. Cellular Communications Equipment LLC*, No. IPR2016-01480) of the '472 patent is issued by the PTAB.

  **SIGNED this 27th day of April, 2017.**

                       _____
                       ROY S. PAYNE
                       UNITED STATES MAGISTRATE JUDGE