IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>　　　　Plaintiff<br><br>　v.<br><br>AT&T, INC., et al.,<br><br>　　　　Defendants. | Civil Action No. 2:15-cv-0576-RWS-RSP<br>CONSOLIDATED LEAD CASE |

### DEFENDANT APPLE INC.'S OPPOSITION TO CELLULAR COMMUNICATIONS EQUIPMENT LLC'S REQUEST FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO APPLE'S MOTION TO COMPEL DOCUMENTS AND TO MAKE INVENTORS AVAILABLE FOR FURTHER DEPOSITION

Apple Inc. ("Apple") respectfully opposes Cellular Communications Equipment LLC's ("CCE") request for leave to file sur-reply in opposition to Apple's Motion to Compel CCE to Produce Responsive Documents and Make Inventors Available For Further Deposition. Despite multiple meet and confer communications regarding Apple's Motion to Compel, CCE raises a new argument regarding the Nokia entities in the United States that Apple subpoenaed. Opp. at 4-5. Contrary to CCE's new argument in its sur-reply, Apple's Motion to Compel seeks to compel CCE to collect and produce documents from Nokia Siemens Network GmbH & Co. KG, Nokia Siemens Networks Oy and Nokia Networks Oy. In other words, Apple's Motion to Compel has nothing to do with the subpoenas Apple issued to any of the Nokia entities in the United States.

<table>
<tr><td>Dated:  May 10, 2017</td><td>Respectfully submitted,<br><br>By:  /s/ Sean Cunningham<br>David M. Prichard<br>Texas Bar No. 16317900<br>dprichard@phy-law.com<br><b>PRICHARD, HAWKINS & YOUNG, L.L.P.</b><br>10101 Reunion Place, Suite 600<br>San Antonio, Texas 78216<br>(210) 477-7400 – Telephone<br>(210) 477-7450 – Facsimile<br><br>Harry Gillam (Bar No. 07921800)<br>Melissa R. Smith (Bar No. 24001351)<br><b>GILLAM & SMITH LLP</b><br>303 S. Washington Avenue<br>Marshall, TX 75670<br>Telephone: (903) 934-8450<br>Facsimile: (903) 934-9257<br>gil@gillamsmithlaw.com<br>Melissa@gillamsmitlaw.com<br><br>John Allcock (<i>pro hac vice</i>)<br>Sean C. Cunningham (<i>pro hac vice</i>)<br>Richard T. Mulloy (<i>pro hac vice</i>)<br><b>DLA PIPER LLP (US)</b><br>401 B Street, Suite 1700<br>San Diego, CA  92101<br>Telephone:  619-699-2700<br>Facsimile:  619-699-2701<br><br><b>ATTORNEYS FOR DEFENDANT APPLE INC.</b></td></tr>
</table>

### <u>CCERTIFICATE OF SERVICE</u>

I hereby certify that on the 10th day of May 2017, a true and correct copy of this document was served on all parties of record via the Court's Electronic Filing System.

/s/ Melissa R. Smith

WEST\276507166.1