# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | |
| Plaintiff, | § § | No. 2:15-cv-00576-RWS-RSP |
| v. | § § | LEAD CONSOLIDATED CASE |
| AT&T INC., et al., | § § | |
| Defendants. | § | |

## ORDER

In light of the Court's Report and Recommendation on Apple Inc.'s Motion for Summary Judgment of Invalidity of U.S. Patent No. 8,570,957 Under 35 U.S.C. § 101 [Dkt. # 453], it is

**ORDERED** that this case is stayed pending objections by the parties and review of the Report and Recommendation by Judge Schroeder. The pretrial conference currently scheduled for July 11, 2017, is continued.

**SIGNED this 4th day of July, 2017.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE