# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | Civil Action No. 2:15-cv-00576 |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| AT&T INC., *et al.*, | **CONSOLIDATED LEAD CASE** |
| Defendants. | |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | Civil Action No. 2:15-cv-00579 |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| SPRINT CORPORATION, *et al.*, | |
| Defendants. | |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | Civil Action No. 2:15-cv-00580 |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| T-MOBILE USA, INC., *et al.*, | |
| Defendants. | |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | Civil Action No. 2:15-cv-00581 |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, *et al.*, | |
| Defendants. | |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff Cellular Communications Equipment LLC ("CCE") and Defendant Apple Inc. ("Apple") hereby state that the parties have reached an agreement settling the matters in controversy between them in Civil Action Nos. 2:15-cv-00576, 2:15-cv-00579, 2:15-cv-00580, and 2:15-cv-00581. Accordingly, CCE and Apple stipulate to the dismissal of all of CCE's claims against Apple in Civil Action Nos. 2:15-cv-00576, 2:15-cv-00579, 2:15-cv-00580, and 2:15-cv-00581 WITH PREJUDICE and all of Apple's claims against CCE in Civil Action Nos. 2:15-cv-00576, 2:15-cv-00579, 2:15-cv-00580, and 2:15-cv-00581 WITHOUT PREJUDICE.

CCE also seeks to dismiss CCE's claims against AT&T Mobility LLC, Cellco Partnership d/b/a Verizon Wireless, Sprint Solutions, Inc., Sprint Spectrum L.P., Boost Mobile, LLC, T-Mobile USA, Inc., and T-Mobile US, Inc. (collectively, the "Carrier Defendants") that were severed and stayed from Civil Action Nos. 2:15-cv-00576, 2:15-cv-00579, 2:15-cv-00580, and 2:15-cv-00581 WITH PREJUDICE solely to the extent those claims for relief asserted therein involve the manufacture, use, offer for sale, sale, and/or importation of products manufactured by or for Apple that are the subject of the Settlement and License Agreement between CCE and Apple. The Carrier Defendants do not oppose.

CCE and Apple ask that the Court enter the attendant proposed Order of Dismissal, with each party to this Joint Stipulation of Dismissal to bear its own costs, expenses and attorneys' fees as may exist between them.

Dated: September 8, 2017                    Respectfully submitted,

| | |
|---|---|
| */s/ Ed Nelson III* <br> Ed Nelson III <br> ed@nelbum.com <br> Texas State Bar No. 00797142 <br> Ryan P. Griffin <br> ryan@nelbum.com | */s/ Melissa R. Smith* <br> Melissa R. Smith <br> melissa@gillamsmithlaw.com <br> Texas State Bar No. 24001351 <br> GILLAM & SMITH LLP <br> 303 S. Washington Avenue |

| | |
|---|---|
| Texas State Bar No. 24053687<br>NELSON BUMGARDNER PC<br>3131 West 7th Street, Suite 300<br>Fort Worth, Texas 76107<br>Phone: (817) 377-9111<br>Fax: (817) 377-3485<br><br>Bradley W. Caldwell<br>Texas Bar No. 24040630<br>Email: bcaldwell@caldwellcc.com<br>John Austin Curry<br>Texas Bar No. 24059636<br>Email: acurry@caldwellcc.com<br>CALDWELL CASSADY & CURRY<br>2101 Cedar Springs Road, Suite 1000<br>Dallas, TX 75201<br>Telephone: (214) 888-4848<br>Facsimile: (214) 888-4849<br><br>Jeffrey R. Bragalone<br>Texas Bar No. 02855775<br>Jonathan H. Rastegar<br>Texas Bar No. 24064043<br>BRAGALONE CONROY PC<br>2200 Ross Avenue<br>Suite 4500W<br>Dallas, TX 75201<br>Tel: (214) 785-6670<br>Fax: (214) 785-6680<br>jbragalone@bcpc-law.com<br>jrastegar@bcpc-law.com<br><br>J. Wesley Hill<br>Texas State Bar No. 24032294<br>Claire Abernathy Henry<br>Texas State Bar No. 24053063<br>WARD, SMITH, & HILL PLLC<br>P.O. Box 1231<br>1127 Judson Rd. Ste. 220<br>Longview, Texas 75606-1231<br>(903) 757-6400<br>(903) 757-2323 (fax)<br>wh@wsfirm.com<br>claire@wsfirm.com<br><br>**ATTORNEYS FOR CELLULAR** | Marshall, Texas 75670<br>Phone: (903) 934-8450<br>Fax: (903) 934-9257<br><br>David M. Prichard<br>dprichard@phy-law.com<br>Texas State Bar No. 16317900<br>PRICHARD, HAWKINS & YOUNG, LLP<br>10101 Reunion Place, Suite 600<br>San Antonio, Texas 78216<br>Phone: (210) 477-7400<br>Fax: (210) 477-7450<br><br>John Allcock (*pro hac vice*)<br>Sean C. Cunningham (*pro hac vice*)<br>Richard T. Mulloy (*pro hac vice*)<br>DLA PIPER LLP (US)<br>401 B. Street, Suite 1700<br>San Diego, California 92101<br>Phone: (619) 699-2700<br>Fax: (619) 699-2701<br><br>**ATTORNEYS FOR DEFENDANT APPLE INC.** |

| COMMUNICATIONS EQUIPMENT LLC | |
|---|---|

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), I certify that the all parties have met and conferred and that this Joint Stipulation is unopposed.

*/s/ Ed Nelson III*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of September, 2017, I electronically filed the foregoing document with the clerk of the Court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the Court's electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Ed Nelson III*