**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | Civil Action No. 2:15-cv-00576 |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| AT&T INC., *et al*., | **CONSOLIDATED LEAD CASE** |
| Defendants. | |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | Civil Action No. 2:15-cv-00579 |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| SPRINT CORPORATION, *et al*., | |
| Defendants. | |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | Civil Action No. 2:15-cv-00580 |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| T-MOBILE USA, INC., *et al*., | |
| Defendants. | |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | Civil Action No. 2:15-cv-00581 |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, *et al*., | |
| Defendants. | |

## ORDER OF DISMISSAL

Before the Court is Plaintiff Cellular Communications Equipment LLC's ("CCE") and Defendant Apple Inc.'s ("Apple") Joint Stipulation of Dismissal pertaining to Civil Action Nos. 2:15-cv-00576, 2:15-cv-00579, 2:15-cv-00580, and 2:15-cv-00581.  Having considered the Stipulated Dismissal, and finding that good cause exists for granting of the same, the Court is of the opinion that the Joint Stipulation of Dismissal should be, in all respects, GRANTED.

IT IS THEREFORE ORDERED that CCE's claims against Apple in Civil Action Nos. 2:15-cv-00576, 2:15-cv-00579, 2:15-cv-00580, and 2:15-cv-00581 are DISMISSED WITH PREJUDICE and Apple's claims against CCE in Civil Action Nos. 2:15-cv-00576, 2:15-cv-00579, 2:15-cv-00580, and 2:15-cv-00581 are DISMISSED WITHOUT PREJUDICE as set forth in the Joint Stipulation of Dismissal, with each party to the Joint Stipulation of Dismissal to bear its own costs, expenses and attorneys' fees as may exist between them.

IT IS FURTHER ORDERED that CCE's claims against AT&T Mobility LLC, Cellco Partnership d/b/a Verizon Wireless, Sprint Solutions, Inc., Sprint Spectrum L.P., Boost Mobile, LLC, T-Mobile USA, Inc., and T-Mobile US, Inc. that were severed and stayed from Civil Action Nos. 2:15-cv-00576, 2:15-cv-00579, 2:15-cv-00580, and 2:15-cv-00581 are dismissed WITH PREJUDICE solely to the extent those claims for relief asserted therein involve the manufacture, use, offer for sale, sale, and/or importation of products manufactured by or for Apple that are the subject of the Settlement and License Agreement between CCE and Apple.

**SIGNED this 8th day of September, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE